**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**FILED**

**Jul 17, 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION**

MDL No. 2441

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −4)**

On June 12, 2013, the Panel transferred 28 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2013). Since that time, 61 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of June 12, 2013, and, with the consent of that court, assigned to the Honorable Donovan W Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in ____2____ sheet(s)
of the electronic record filed on _____
in the United States District Court
for the District of Minnesota.

CERTIFIED, ___7/17___, 20_13_
RICHARD D. SLETTEN

BY: _____
Deputy Clerk

SCANNED

JUL 1 6 2013

U.S. DISTRICT COURT MPLS

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION                                                    MDL No. 2441

### SCHEDULE CTO−4 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**CALIFORNIA EASTERN**

| CAE | 2 | 13−01235 | Wilkins v. Howmedica Osteonics Corp. 13cv1909 DWF/FLN |

**FLORIDA MIDDLE**

| FLM | 8 | 13−01524 | Hicks v. Howmedica Osteonics Corp. et al 13cv1910 DWF/FLN |

**FLORIDA SOUTHERN**

| FLS | 0 | 13−61251 | McClain et al v. Howmedica Osteonics Corporation 13cv1911 DWF/FLN |

**ILLINOIS CENTRAL**

RCVD 7/16

| ILC | 1 | 13−01257 | ~~Riley v. Howmedica Osteonics Corporation~~ 13cv1912 DWF/FLN |

**NEW JERSEY**

| NJ | 2 | 13−03495 | DWORKIN v. HOWMEDICA OSTEONICS 13cv1913 DWF/FLN CORPORATION |
| NJ | 2 | 13−03496 | LONGACRE v. HOWMEDICA OSTEONICS 13cv1914 DWF/FLN CORPORATION |

**NEW YORK SOUTHERN**

| NYS | 1 | 13−04161 | Pennings v. Howmedica Osteonics Corporation 13cv1915 DWF/FLN |